# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SENTINEL INSURANCE COMPANY, LIMITED | ) <br> ) <br> ) |
| *Plaintiff,* | ) <br> ) <br> ) |
| v. | ) No. <br> ) |
| ATLAS ENGINEERING GROUP, LTD, R.M. CHIN & ASSOCIATES INC and SARAH M. GRASSER, | ) <br> ) <br> ) <br> ) |
| *Defendants.* | ) <br> ) |

## COMPLAINT FOR DECLARATORY JUDGMENT

Plaintiff, **SENTINEL INSURANCE COMPANY, LIMITED** ("**Plaintiff**" or "**Sentinel**"), by and through its attorneys, Michael J. Duffy and Joanna C. Kocol of Wilson Elser Moskowitz Edelman & Dicker LLP, states as follows for its Complaint for Declaratory Judgment against Defendants.

### STATEMENT OF CASE

1. This action seeks a declaration that Sentinel owes no insurance coverage obligations under Sentinel policy number 20SBWBA6054 to ATLAS ENGINEERING GROUP LTD ("**ATLAS**") and R.M. CHIN & ASSOCIATES INC ("**RM CHIN**") for claims made against them in the underlying lawsuit filed by underlying plaintiff Sarah M. Grasser ("**Grasser**" or "**Underlying Plaintiff**") in the Circuit Court of Cook County, Illinois, County Department, Law Division styled *Sarah M. Grasser v. K-Five Construction Corporation, et. al.*, Case No. 2023 L 000277 ("**Underlying Lawsuit**").

1

## THE PARTIES

2. Sentinel is an insurance company formed under the laws of the State of Connecticut with its principal place of business in Connecticut.

3. Defendant ATLAS is a corporation formed under the laws of the State of Illinois with its principal place of business in Illinois.

4. Defendant RM CHIN is a corporation formed under the laws of the State of Illinois with its principal place of business in Illinois.

5. Defendant Grasser is named herein as a nominal interested party defendant. Defendant Grasser is a citizen of the State of Illinois.

## JURISDICTION AND VENUE

6. The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332 because Plaintiff and Defendants are citizens of different states and the amount in controversy exceeds $75,000, exclusive of interest and costs.

7. Venue is proper in this District pursuant to 28 U.S.C. § 1391 because this is a civil action founded on diversity of citizenship including Defendants, who do business or reside within this District, and because this case involves coverage under an insurance policy issued in this District and/or liability insurance claims for a lawsuit pending within the geographical boundaries of this District arising from events that allegedly took place within the geographical boundaries of this District.

## FACTS

8. Underlying Plaintiff filed her Third Amended Complaint at Law in the Underlying Lawsuit on January 7, 2025 ("**Amended Complaint**").

323089237v.2

9. A true and accurate copy of the Amended Complaint in the Underlying Lawsuit is attached hereto as **Exhibit A**.

10. In the Amended Complaint, Underlying Plaintiff alleges that on August 30, 2022, she was operating her vehicle in the left lane on I-55 travelling northbound in a construction zone.

11. Another vehicle was allegedly traveling in the middle lane on I-55 heading northbound when it swerved to avoid large defects in the road, striking Underlying Plaintiff's vehicle.

12. The collision allegedly caused Underlying Plaintiff's vehicle to go off the roadway into a ditch and then overturn allegedly resulting in injuries to her caused by the negligent acts of the Defendants, ATLAS and CHIN.

13. On March 9, 2022, RM CHIN entered into a "Prime Agreement for Consultant Engineering Services" with the State of Illinois ("**Engineering Services Agreement**").

14. A true and accurate copy of the Engineering Services Agreement is attached hereto as **Exhibit B**.

15. Under the Engineering Services Agreement, RM CHIN agreed to furnish "professional services in connection with Phase III engineering to provide construction inspection services…" on I-55**. (Exhibit B)**.

16. On March 11, 2022, ATLAS entered into an "Agreement for Subconsultant Services" with RM CHIN ("**Subconsultant Agreement**").

17. A true and accurate copy of the Subconsultant Agreement is attached hereto as **Exhibit C**.

18. Under the Subconsultant Agreement with RM CHIN, ATLAS agreed to furnish professional services in conjunction with RM CHIN's engineering services required under the Engineering Services Agreement. **(Exhibit B)**.

19. A true and accurate copy of the Standard Agreement Provisions for Consultant Services, dated July 1, 2018, is attached hereto as **Exhibit D**.

20. The Standard Agreement Provisions for Consultant Services, dated July 1, 2018 (**Exhibit D**), are incorporated and made part of the Engineering Services Agreement. *See,* **Exhibit B.**

21. The Standard Agreement Provisions for Consultant Services, dated July 1, 2018 **(Exhibit D)**, are also incorporated and made part of the Subconsultant Agreement. *See*, **Exhibit C.**

## SENTINEL'S POLICY

22. Sentinel Insurance Company, Limited issued a Spectrum Business insurance policy bearing policy no. 20 SBW BA6054 to the named insured ATLAS for the policy period of March 1, 2022 to March 1, 2023 (the "**Policy**").

23. A true and accurate copy of the Policy is attached hereto as **Exhibit E**.

24. Subject to its terms, the Policy provides certain Business Liability Coverage with limits of $1,000,000 per claim and $2,000,000 in the General Aggregate.

25. The Policy also provides certain Umbrella Liability Insurance with limits of $5,000,000 per claim and $5,000,000 in the General Aggregate, subject to a $10,000 Self Insured Retention.

*Business Liability Coverage Part*

26. Subject to all its terms, the Policy provides as follows:

*A. COVERAGES*

1. ***BUSINESS LIABILITY COVERAGE (BODILY INJURY, PROPERTY DAMAGE, PERSONAL AND ADVERTISING INJURY)***

   ***Insuring Agreement***

   a. *We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury", "property damage" or "personal and advertising injury" to which this insurance does not apply.*

See **Ex. D**, p. 64

27. The Business Liability Coverage Part of the Policy contains the following definitions, in part:

> 1. *"Advertisement" means the widespread public dissemination of information or images that has the purpose of inducing the sale of goods, products or services through:*
>    a. *(1) Radio;*
>    *(2) Television;*
>    *(3) Billboard;*
>    *(4) Magazine;*
>    *(5) Newspaper*
>    b. *The Internet, but only that part of a web site that is about goods, products or services for the purposes of inducing the sale of goods, products or services; or*
>    c. *Any other publication that is given widespread public distribution.*
>    *However, "advertisement" does not include:*
>    a. *The design, printed material, information or images contained in, on or upon the packaging or labeling of any goods or products; or*
>    b. *An interactive conversation between or among persons through a computer network.*
>
> 2. *"Advertising idea" means any idea for an "advertisement".*
>
> ***
>
> 5. *"Bodily injury" means physical:*
>    a. *Injury;*
>    b. *Sickness; or*
>    c. *Disease*
>    *sustained by a person and, if arising out of the above, mental anguish or death at any time.*

***

16. *"Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.*

17. *"Personal and advertising injury" means injury, including consequential "bodily injury" arising out of one or more of the following offenses:*
    *a.   False arrest, detention or imprisonment;*
    *b.   Malicious prosecution;*
    *c.   The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person or organization occupies, committed by or on behalf of its owner, landlord or lessor [as modified by SS 00 60 09 15];*
    *d.   Oral, written or electronic publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;*
    *e.   Oral, written or electronic publication of material that violates a person's right of privacy;*
    *f.   Copying, in your "advertisement" a person's or organization's "advertising idea" or style of "advertisement";*
    *g.   Infringement of copyright, slogan, or title of any literary or artistic work, in your "advertisement"[.]*
    *h.   [deleted by SS 00 60 09 15]*

***

20. *"Property damage" means:*
    *a.   Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or*
    *b.   Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.*
    *As used in this definition, "electronic data" is not tangible property.*

See **Ex. E**, Business Liability Coverage Form, p. 83-86

28. The Policy also contains the following exclusion for **Professional Services**, which states, in part:

    B.   **EXCLUSIONS**
    1.   ***Applicable To Business Liability Coverage***
         *This insurance does not apply to:*

6

***

  ***j.***   ***Professional Services***
"Bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of or failure to render any professional service. This includes but is not limited to:
[…]
 **(2)**   Preparing, approving, or failing to prepare or approve maps, shop drawings, opinions, reports, surveys, field orders, change orders, designs or drawings and specifications;

 **(3)**   ***Supervisory, inspection, architectural or engineering activities;***

*See* **Ex. E**, Business Liability Coverage Form, pg. 69

29. The Policy further contains the following exclusionary endorsement, **ENGINEERS, ARCHITECTS OR SURVEYORS PROFESSIONAL LIABILITY**, which states, in part:

*1. This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of or the failure to render any professional services by:*
 *a. Any insured; or*
 *b. Any engineering, architectural or surveying firm that is performing work on your behalf in such capacity.*

*2. Professional services includes but is not limited to:*
 *a. The preparing, approving, or failure to prepare or approve, maps, shop drawings, opinions, recommendations, reports, surveys, field orders, change orders, designs or drawings and specifications; and*
 *b. Supervisory, inspection, quality control, architectural or engineering activities.*

*3. This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury", "property damage" or "personal and advertising injury", involved the rendering of or failure to render any professional services by that insured.*

*See* **Ex. E**, Form SS 05 06 03 14, p. 136

323089237v.2

30. The Policy includes the following language in the Business Liability Coverage Form SS 00 08 04 05 under Section II – Who Is An Insured, paragraph 6, which provides, in part, as follows:

> **6. Additional Insureds When Required By Written Contract, Written Agreement Or Permit**
> *The person(s) or organization(s) identified in Paragraphs a. through f. below are additional insureds when you have agreed, in a written contract, written agreement or because of a permit issued by a state or political subdivision, that such person or organization be added as an additional insured on your policy, provided the injury or damage occurs subsequent to the execution of the contract or agreement, or the issuance of the permit.*
>
> *\*\*\**
>
> **d.** *Architects, Engineers Or Surveyors*
> *(1) Any architect, engineer, or surveyor, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by your acts or omissions or the acts or omissions of those acting on your behalf:*
> *(a) In connection with your premises; or*
> *(b) In the performance of your ongoing operations performed by you or on your behalf.*
>
> *(2) With respect to the insurance afforded to these additional insureds, the following additional exclusion applies:*
> *This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of or the failure to render any professional services by or for you, including:*
> *(a) The preparing, approving, or failure to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders, designs or drawings and specifications; or*
> *(b) Supervisory, inspection, architectural or engineering activities.*
>
> *\*\*\**

See **Ex. E**, p. 74-76

**Umbrella Coverage Part**

31. Subject to their terms, the Umbrella Liability Provisions of the Policy provide certain Umbrella Liability Coverage as follows:

> **SECTION I - COVERAGES**
> **INSURING AGREEMENTS**

A. ***Umbrella Liability Insurance***

1. *We will pay those sums that the "insured" becomes legally obligated to pay as "damages" in excess of the "underlying insurance" or of the "self-insured retention" when no "underlying insurance" applies, because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies caused by an "occurrence". But, the amount we will pay as "damages" is limited as described in **Section IV – LIMITS OF INSURANCE**. No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under **Section II – INVESTIGATION, DEFENSE SETTLEMENT.***

2. *This insurance applies to "bodily injury", "property damage" or "personal and advertising injury" only if:*
   a. *The "bodily injury", "property damage" or "personal and advertising injury" occurs during the "policy period"[…]*

\*\*\*

*See* **Ex. E**, Umbrella Liability Provisions, p. 185

32. The Umbrella Liability Provisions state as follows, in part, in SECTION VII – DEFINITIONS:

***SECTION VII - DEFINITIONS***
***Except as otherwise provided in this section or amended by endorsement, the words or phrases that appear in quotation marks within this policy shall follow the definitions of the applicable "underlying insurance" policy.***

A. *"**Accident**" includes continuous or repeated exposure to the same conditions resulting in "bodily injury" or "property damage".*

D. *"**Damages**" means a monetary award, monetary settlement or monetary judgment. The following are not considered "damages" and are not covered by this policy;*
   1. *Fines, penalties, sanctions or taxes;*
   2. *Attorney's fees and costs associated with any non-monetary relief awarded against the "insured" or;*
   3. *Any monetary award, monetary settlement or monetary judgment for which insurance is prohibited by the law(s) applicable to the construction of this policy.[1]*

F. *"**Occurrence**" means*

---
[1] As modified by form SX 02 04 01 18

323089237v.2

> *1. With respect to "bodily injury" or "property damage": an accident, including continuous or repeated exposure to substantially the same general harmful conditions, and*
>
> *2. With respect to "personal and advertising injury": an offense described in one of the numbered subdivisions of that definition in the "underlying insurance".*
>
> *I. **"Underlying Insurance"** means the insurance policies listed in the Extension Schedule of Underlying Insurance Policies, including any renewals or replacements thereof which provide the underlying coverages and limits stated in the Schedule of Underlying Insurance Policies…*

See **Ex. E**, Umbrella Liability Provisions, p. 185

33. The Umbrella Liability Provisions are modified by the ENGINEERS, ARCHITECTS OR SURVEYORS PROFESSIONAL LIABILITY exclusion, Form SX 21 13 03 14, which states as follows, in part:

> *1. The following exclusion is added to B., Exclusions (SECTION I – COVERAGES):*
>
> *This policy does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of or the failure to render any professional services by:*
>
> > *a. Any "insured"; or*
> >
> > *b. Any engineering, architectural or surveying firm that is performing work on your behalf in such capacity.*
>
> *2. Professional services includes but is not limited to:*
>
> > *a. The preparing, approving, or failure to prepare or approve, maps, shop drawings, opinions, recommendations, reports, surveys, field orders, change orders, designs or drawings and specifications; and*
> >
> > *b. Supervisory, inspection, quality control, architectural or engineering activities.*
>
> *3. This exclusion applies even if the claims against any "insured" allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that "insured", if the "occurrence" which caused the "bodily injury", "property damage" or "personal and advertising injury", involved the rendering of or failure to render any professional services by that insured.*

10

*See* **Ex. E**, Umbrella Liability Provisions, Endorsement Form SX 21 13 03 14, p. 205

34. The Umbrella Liability Provisions are also modified by the FOLLOWING FORM ENDORSEMENT-PROFESSIONAL SERVICES LIABILITY Form SX 24 31 10 08, which states as follows, in part:

> *This policy does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of or failure to render professional services.*
>
> ***EXCEPTION***
>
> *However, this exclusion does not apply to the extent that Professional Services Liability for "bodily injury", "property damage" or "personal and advertising injury" is provided by the "underlying insurance" policy.*
>
> *Any coverage restored by this **EXCEPTION** applies:*
>
> *(1) Only to the extent of the scope of coverage provided by the "underlying insurance" but in no event shall coverage be broader than the scope of coverage provided by the policy of which this endorsement forms a part; and*
>
> *(2) Only to the extent that such coverage provided by the "underlying insurance" is maintained having limits as set forth in the Extension Schedule of Underlying Insurance Policies. Condition K. - Maintenance of Underlying Insurance applies to this exception.[2]*

*See* **Ex. E**, Umbrella Liability Provisions, Endorsement Form SX 24 31 10 08, p. 246

## COUNT I
### (Primary Business Liability Coverage Part)
### Additional Insured - Professional Services Exclusion

35. Plaintiff incorporates and restates the allegations of Paragraphs 1 through 34 above as if fully set forth herein.

36. The Policy provides in part that under the Business Liability Coverage Part, Architects, Engineers Or Surveyors are an additional insured only when the named insured has agreed, in a written contract, written agreement, or because of a permit issued by a state or political

---

[2] As modified by form SX 24 31 10 08

11

323089237v.2

subdivision, that such person or organization be added as an additional insured on the policy, provided the injury or damage occurs subsequent to the execution of the contract or agreement. *See*, **Ex. E**.

37. However, the following additional exclusion applies to any coverage for any such additional insured:

> *This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of or the failure to render any professional services by or for you, including:*
> *(a) The preparing, approving, or failure to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders, designs or drawings and specifications; or*
> *(b) Supervisory, inspection, architectural or engineering activities.*

*See*, **Ex. E**.

38. RM CHIN is an engineering firm that is in the business of providing professional engineering services during construction operations.

39. Under the Engineering Services Agreement, RM CHIN agreed to furnish professional services on I-55 regarding the area of the accident at issue in the Underlying Lawsuit. *See*, **Ex. B**.

40. Services under the Engineering Services Agreement were solely professional in nature. RM CHIN's services did not include construction work. *See*, **Ex. B**.

41. The allegations in the Underlying Lawsuit arise out of RM CHIN's alleged rendering of its services under the Engineering Services Agreement.

42. As such, coverage is excluded under the Policy and there is no coverage for RM CHIN in connection with the Underlying Lawsuit under the Policy.

**WHEREFORE**, Plaintiff Sentinel respectfully requests that the Court enter the following relief:

    A.    A declaration finding that Sentinel owes no duty to defend or indemnify RM CHIN under the Policy in connection with the Underlying Lawsuit; and

    B.    For all such just and equitable relief, including costs of this suit.

### COUNT II
### (Primary Business Liability Coverage Part)
### Professional Services Exclusions

43.    Plaintiff incorporates and restates the allegations of Paragraphs 1 through 34 above as if fully set forth herein.

44.    ATLAS and RM CHIN are engineering firms in the business of providing professional services during construction operations.

45.    The Policy does not apply to "Bodily injury", or "property damage" or "personal and advertising injury": arising out of the rendering of, or the failure to render, any professional architectural, engineering or surveying services.

46.    The allegations in the Underlying Lawsuit arise out of ATLAS's and RM CHIN's alleged rendering of and failure to render, professional services.

47.    Therefore, coverage is excluded for ATLAS and RM CHIN in connection with the Underlying Lawsuit under the Policy.

**WHEREFORE**, Plaintiff Sentinel respectfully requests that the Court enter the following relief:

    A.    A declaration finding that Sentinel owes no duty to defend or indemnify ATLAS or RM CHIN under the Policy in connection with the Underlying Lawsuit; and

    B.    For all such just and equitable relief, including costs of this suit.

323089237v.2

## COUNT III
**(Primary Business Liability Coverage Part)**
**No Allegations of "Property Damage"**

48. Plaintiff incorporates and restates the allegations of Paragraphs 1 through 34 above as if fully set forth herein.

49. The Business Liability Coverage Part provides that in part Sentinel ""will pay those sums that the insured becomes legally obligated to pay as damages because of "property damage" to which the Policy applies.

50. The Policy defines "property damage" to mean "[p]hysical injury to tangible property, including all resulting loss of use of that property."

51. The Underlying Lawsuit does not contain allegations of "property damage" as defined by the Policy.

52. Thus, Sentinel does not owe any coverage obligations for damages because of "property damage" to RM CHIN or ATLAS in connection with the Underlying Lawsuit under the Policy.

**WHEREFORE**, Plaintiff Sentinel respectfully requests that the Court enter the following relief:

A. A declaration finding that Sentinel owes no duty to defend or indemnify RM CHIN or ATLAS under the Policy in connection with the Underlying Lawsuit; and

B. For all such just and equitable relief, including costs of this suit.

## COUNT IV
### (Primary Business Liability Coverage Part)
### No Allegations of "Personal and Advertising Injury"

53. Plaintiff incorporates and restates the allegations of Paragraphs 1 through 34 above as if fully set forth herein.

54. The Business Liability Coverage Part provides that Sentinel ""will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury"" to which the Policy applies.

55. The Policy defines "personal and advertising injury" to mean ""injury, including consequential "bodily injury" arising out of one or more" of a defined list of offenses.

56. The Underlying Lawsuit does not contain allegations of "personal and advertising injury" as defined by the Policy.

57. Thus, Sentinel does not owe any coverage obligations for damages because of "personal and advertising injury" to RM CHIN or ATLAS in connection with the Underlying Lawsuit under the Policy.

**WHEREFORE**, Plaintiff Sentinel respectfully requests that the Court enter the following relief:

A. A declaration finding that Sentinel owes no duty to defend or indemnify RM CHIN or ATLAS under the Policy in connection with the Underlying Lawsuit; and

B. For all such just and equitable relief, including costs of this suit.

## COUNT V
**(Umbrella Coverage Part)**
**Lack of Policy Exhaustion**

58. Plaintiff incorporates and restates the allegations of Paragraphs 1 through 34 above as if fully set forth herein.

59. Subject to all of its terms, the Umbrella Coverage Part states Sentinel will pay "for sums that the "insured" becomes legally obligated to pay as "damages" in excess of the "underlying insurance" or of the "self-insured retention" when no "underlying insurance" applies, because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies caused by an "occurrence." See Ex. B, A. Umbrella Liability Insurance.

60. The underlying limits have not been exhausted.

61. As such, the Umbrella Coverage Part does not provide coverage for the Underlying Lawsuit.

62. Thus, Sentinel does not owe any coverage obligations to RM CHIN or ATLAS in connection with the Underlying Lawsuit under the Policy.

**WHEREFORE**, Plaintiff Sentinel respectfully requests that the Court enter the following relief:

A. A declaration finding that Sentinel owes no duty to defend or indemnify RM CHIN or ATLAS under the Umbrella Coverage Part of the Policy in connection with the Underlying Lawsuit; and

B. For all such just and equitable relief, including costs of this suit.

## COUNT VI
### (Umbrella Coverage Part)
### Engineers, Architects or Surveyors Professional Liability Exclusion

63. Plaintiff incorporates and restates the allegations of Paragraphs 1 through 34 above as if fully set forth herein.

64. The Umbrella Coverage Part excludes coverage for ""bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of or the failure to render any professional services by: Any "insured"; or Any engineering, architectural or surveying firm that is performing work on [the insured's] behalf in such capacity." **Ex. E**, Umbrella Supplemental Policy Form Exclusion - engineers, architects or surveyors professional liability SX 21 13 03 14.

65. Under this exclusion, "professional services includes but is not limited to:…preparing, approving, or failure to prepare or approve, maps, shop drawings, opinions, recommendations, reports, surveys, field orders, change orders, designs or drawings and specifications; and Supervisory, inspection, quality control, architectural or engineering activities."

66. The allegations in the Underlying Lawsuit arise out of RM CHIN and ATLAS's alleged rendering of or failure to render professional services.

67. Therefore, coverage is excluded for RM CHIN or ATLAS in connection with the Underlying Lawsuit under the Policy.

**WHEREFORE**, Plaintiff Sentinel respectfully requests that the Court enter the following relief:

A. A declaration finding that Sentinel owes no duty to defend or indemnify RM CHIN or ATLAS under the Umbrella Coverage Part of the Policy in connection with the Underlying Lawsuit; and

323089237v.2

B.      For all such just and equitable relief, including costs of this suit.

**COUNT VII**
**(Umbrella Coverage Part)**
**No Exception to Engineers, Architects or Surveyors Professional Liability Exclusion**

68.      Plaintiff incorporates and restates the allegations of Paragraphs 1 through 34 above as if fully set forth herein.

69.      Pursuant to the Following Form Endorsement – Professional Services Liability Form SX 24 31 10 08, the Umbrella Coverage Part excludes coverage for ""bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of or the failure to render any professional services.

70.      Therefore, coverage is excluded for RM CHIN or ATLAS in connection with the Underlying Lawsuit under the Policy.

**WHEREFORE**, Plaintiff Sentinel respectfully requests that the Court enter the following relief:

A.      A declaration finding that Sentinel owes no duty to defend or indemnify RM CHIN or ATLAS under the Umbrella Coverage Part of the Policy in connection with the Underlying Lawsuit; and

B.      For all such just and equitable relief, including costs of this suit.

Respectfully Submitted,

Wilson Elser Moskowitz Edelman & Dicker, LLC

*/s/ Michael J. Duffy*

Michael J. Duffy – 619666
Joanna C. Kocol
Wilson Elser Moskowitz Edelman & Dicker, LLP
161 North Clark Street-Suite 4500
Chicago, IL 60601
(312) 704-0550 (Main)
Michael.duffy@wilsonelser.com
Joanna.Kocol@wilsonelser.com

323089237v.2